UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:22-cr-00063-JMS-MG |
| ) | |
| QUINTEZ TUCKER, ) | -01 |
| D'MAURAH BRYANT, ) | -02 |
| ROBDARIUS WILLIAMS, ) | -03 |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION TO UNSEAL CASE**

This matter is before the Court on the Motion of the United States requesting the Court to issue an Order to unseal this case.

Having considered the Government's request, the Court hereby GRANTS this motion and the case is UNSEALED.

SO ORDERED.

Date: 4/25/2022

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Copy to:

All Electronically Registered Counsel