AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

FILED
APR 27 2022
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:22-cr-63-JMS-mg-02 |
| | ) | |
| D'Maurah Bryant (-02) | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* D'Maurah Bryant,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Commit Interference with Commerce by Robbery, in violation of 18 U.S.C. § 1951(a).
Counts 2, 4, 6, 8, 10: Interference with Commerce by Robbery, in violation of 18 U.S.C. §§ 1951(a) and 2.
Counts 3, 5, 7, 9, 11: Brandishing of a Firearm In Furtherance of a Crime of Violence, in violation of 18 U.S.C. §§ 924(c)(1)(A) and 2.

Date: 4/21/22

CLERK OF COURT, Roger A.G. Sharpe

BY: _____
Deputy Clerk

City and state: Indianapolis, Indiana

---

### Return

This warrant was received on *(date)* 4/27/22, and the person was arrested on *(date)* 4/27/22
at *(city and state)* Indianapolis, IN.

Date: 4/27/22

_____
Arresting officer's signature

Austin Arndt / FBI TFO
Printed name and title