UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>*Plaintiff*, )<br> )<br>v. )<br> )<br>D'MAURAH BRYANT (02), )<br>*Defendant.* ) | 1:22-cr-00063-JMS-MG |

## ENTRY FOR APRIL 16, 2024

On this date, Defendant D'Maurah Bryant (02), appeared in person and by counsel, Katherine Jackson-Lindsay for a change of plea hearing. The Government appeared by counsel, Jeremy Fugate. The hearing was recorded by Court Reporter, Erin Materkowski.

After placing the Defendant under oath, the Court inquired of the Defendant whether the Defendant understood the rights that the Defendant would relinquish if the Court accepted the Defendant's plea of guilty to Counts 4, 6, 7, 8, 9, 10 and 11 of the Indictment [1] and the Defendant responded affirmatively. Evidence of a factual basis for the plea was accepted of record. The Court also conducted additional inquiry of the Defendant, and as a result of the information and testimony provided at the hearing the Court was satisfied that:

- the Defendant was fully competent and able to enter an informed plea,
- the Defendant's plea was being made knowingly and voluntarily,
- the plea was supported by an independent basis in fact containing each of the essential elements of the offense charged.

The Court accepted the Plea [98] pursuant to the Federal Rules of Criminal Procedure 11(c)(1)(C). The Court adjudged the Defendant guilty.

Sentencing will be set by separate order. U.S. Probation office shall prepare and file the presentence report.

The May 3, 2024 final pretrial conference and the May 13, 2024 jury trial dates are vacated for Defendant D'Maurah Bryant only.

The defendant is remanded to the custody of the U.S. Marshal. The proceedings were adjourned.

Date: 4/16/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Peter A. Blackett
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
peter.blackett@usdoj.gov

Jeremy Carl Fugate
DOJ-USAO
jeremy.fugate@usdoj.gov

Katherine Frances Jackson-Lindsay
JACKSON LEGAL SERVICES, P.C.
kjackson@jacksonlegalindy.com

Counsel for co-defendants