UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:22-cr-00063-JMS-MG |
| | ) |
| D'MAURAH BRYANT (02), | ) |
| | ) |
| Defendant. | ) |

**ENTRY FOR JUNE 20, 2024**
**SETTING SENTENCING HEARING**
**JUDGE JANE MAGNUS-STINSON**

Defendant D'Maurah Bryant (02) will be sentenced on **September 11, 2024 at 1:30 p.m.,** in Room 202, of the United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana.

Any sentencing memoranda and/or supporting exhibits shall be filed by September 4, 2024.

Distribution:

Peter A. Blackett
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
peter.blackett@usdoj.gov

Jeremy Carl Fugate
DOJ-USAO
jeremy.fugate@usdoj.gov

Katherine Frances Jackson-Lindsay
JACKSON LEGAL SERVICES, P.C.
kjackson@jacksonlegalindy.com

Counsel for co-defendants